UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MIGUEL FRIAS OLGUIN,<br><br>Petitioner,<br><br>v.<br><br>JEFF TINDALL, *Oldham County Jailer*, *et al.*,<br><br>Respondents. | Civil Action No. 3:26-cv-00903-CHB<br><br>**ORDER DISMISSING CASE** |

*** *** *** ***

This matter is before the Court on Respondents' Status Report, [R. 7], which indicates that Petitioner received a custody redetermination hearing before an Immigration Judge and that bond was granted, *id.* at 1; [R. 7-1, p. 3]. The Court therefore concludes that Petitioner has been provided the process due under the Immigration Nationality Act and the Fifth Amendment's Due Process Clause. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Petitioner's Petition for a Writ of Habeas Corpus, **[R. 1]**, is **DENIED as moot**.
2. This matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.
3. A separate judgment shall be entered.

This the 5th day of November, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY